DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

MATTHEW SCHULTZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-879

———————————————

September 1, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Matthew Schultz, pro se.

PER CURIAM.

    Affirmed.

SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.